UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:12-CR-00149-KJD-GWF |
| vs. | ) ) | |
| TRAVIS DONOVAN, | ) ) | O R D E R |
| Defendants. | ) ) ) | |

The Court, having considered the government's motion to unseal the indictment and to unseal the case in this matter, and good cause appearing therein, does order as follows:

The government's motion to unseal indictment and to unseal the case is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the indictment and the case in this matter shall be unsealed.

DATED this  28th  day of June, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge