```
           FILED              RECEIVED
           ENTERED            SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    NOV 2 8 2012

                CLERK US DISTRICT COURT
                   DISTRICT OF NEVADA
           BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )   2:12-CR-149-KJD-(GWF)
)
TRAVIS DONOVAN, )
)
Defendant. )

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT TRAVIS DONOVAN

On August 24, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant TRAVIS DONOVAN to the United States of America. Superseding Criminal Information, ECF No. 21; Plea Agreement, ECF No. 23; Minutes of Change of Plea Proceedings, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 25.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant TRAVIS DONOVAN.

DATED this 28th day of Nov. , 2012.

_____
UNITED STATES DISTRICT JUDGE